Keith A. Reinfeld
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
Attorneys for Defendants
(973) 992-4800 (p); (973) 992-9125 (f)
kreinfeld@foxrothschild.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HUDA ALASALI,

    Plaintiff,

-v-

THE CITY OF NEW YORK, GOVERNORS ISLAND CORPORATION d/b/a THE TRUST for GOVERNORS ISLAND, PORT IMPERIAL FERRY CORPORATION d/b/a NY WATERWAYS and individually an in their official capacities, CAPTAIN PAUL F. SPRIESER and ALBERT "DOE,"

    Defendants.

Civil Action No. 11-cv-6257

STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS

It is hereby stipulated and agreed by and among the parties that the Complaint filed by plaintiff Huda Alasali be and is hereby dismissed in its entirety with prejudice, and without rights of appeal, with each party to bear its own costs and attorneys' fees.

**AHMAD NAQVI RODRIGUEZ LLP**
Attorneys for Plaintiff

By:_____
    Hyder A. Naqvi

Dated: May 21, 2012

**FOX ROTHSCHILD LLP**
Attorneys for Defendants

By:_____
    Keith A. Reinfeld

Dated: May 21, 2012

So Ordered

U.S.D.J.
5/21/2012